# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT WILSON
    Plaintiff,

vs.                                          Case No. 10-C-0641

**STEVE PANDE, LSP MOTOR SPORTS, INC.,**
and **ABC INSURANCE COMPANY**
    **Defendants.**

## DECISION AND ORDER

On February 28, 2010, plaintiff filed the present action, which arises under the Magnuson Moss Warranty Act. On November 16, 2010, at plaintiff's request, the Clerk of Court entered default as to defendants Pande and LSP Motor Sports. On January 24, 2011, plaintiff moved for default judgment. However, on February 1, 2011, defendants Pande and LSP Motor Sports moved to set aside the entry of default pursuant to Federal Rule of Civil Procedure 55(c), citing circumstances that rise to the level of good cause. Plaintiff has not opposed the motion to set aside entry of default, and therefore I will grant the motion and deny plaintiff's motion for default judgment. Defendants will have fourteen days to answer or otherwise respond to the complaint.

**THEREFORE, IT IS ORDERED** that defendants' motion to set aside entry of default is **GRANTED**. Defendants shall file their answer or other response to the complaint within fourteen days.

**IT IS FURTHER ORDERED** that plaintiff's motion for default judgment is **DENIED**.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2011.

                                                  /s_____
                                                  LYNN ADELMAN
                                                  District Judge